IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LOFQUIST WELDING, INC., | ) | 4:04CV3353 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DOUGLAS K. GENGENBACH, | ) | |
| | ) | |
| Defendant and | ) | **JUDGMENT** |
| Counterclaim | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LOFQUIST WELDING, INC., STEVE | ) | |
| LOFQUIST and DON LOFQUIST, | ) | |
| | ) | |
| Counterclaim | ) | |
| Defendants. | ) | |

Pursuant to the parties' Joint Stipulation for Dismissal With Prejudice (filing 24) and Fed. R. Civ. P. 41, this action is dismissed with prejudice, each party to bear its or their own costs and fees.

DATED this 20th day of April, 2005.

BY THE COURT:
s/Richard G. Kopf
United States District Judge